FILED by DD D.C.
ELECTRONIC
Jan 24, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 13-60014-CR-SCOLA/SNOW

CASE NO. _____

18 U.S.C. § 371

UNITED STATES OF AMERICA

vs.

BERNARD PATTERSON and
SHARON WARREN,

      Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Full Sail University, also known as Full Sail Real World Education, was an educational institution located in Orange County, Florida.

2. JPMorgan Chase Bank, N.A. was a wholly owned subsidiary of JPMorgan Chase & Company. JPMorgan Chase Bank, N.A., was a financial institution with offices located in the State of Florida whose accounts were insured by the Federal Deposit Insurance Corporation.

3. Chase Student Loan Servicing, LLC was a division of JPMorgan Chase & Company. Chase Student Loan Servicing, LLC disbursed and serviced private student loans for students attending universities and colleges. All student loans disbursed by Chase Student Loan Servicing,

LLC are funded by JPMorgan Chase Bank, N.A.

## COUNT 1

4. Paragraphs 1 through 3 of the General Allegations section of this Indictment are realleged and incorporated fully herein by reference.

5. From on or about January 15, 2008, and continuing through on or about March 24, 2008, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**BERNARD PATTERSON
and
SHARON WARREN,**

did knowingly and willfully combine, conspire, confederate and agree with each other and Tracey Phillips, to commit an offense against the United States, that is, to knowingly make false statements for the purpose of influencing in any way the action of JPMorgan Chase Bank, N.A., an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 1014.

## OBJECT OF THE CONSPIRACY

6. It was the object of the conspiracy for the defendants BERNARD PATTERSON, SHARON WARREN and others to unjustly enrich themselves by submitting to JP Morgan Chase Bank, N.A., false and fraudulent loan applications with false and fraudulent supporting documentation in order to obtain education loans from JPMorgan Chase Bank, N.A., to which they were not entitled.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the object of the conspiracy was to be accomplished consisted, among other things, of the following:

7. A fraudulent Private Education Loan Application/Promissory Note and Credit Agreement falsely stating that the loan applicant was attending Full Sail Real World Education was submitted to JP Morgan Chase Bank, N.A.

8. Chase Student Loan Servicing, LLC issued and mailed a check representing the loan proceeds to the loan applicant.

9. The Chase Student Loan Servicing, LLC check was deposited into a bank account from which funds were subsequently withdrawn by the defendants.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, in Broward County, in the Southern District of Florida, and elsewhere, the defendants and others committed at least one of the following overt acts:

10. On or about January 15, 2008, defendants BERNARD PATTERSON and SHARON WARREN and co-conspirator Tracey Phillips completed and caused to be completed a fraudulent Private Education Loan Application/Promissory Note and Credit Agreement for "B.A.B.," which falsely stated that "B.A.B." was attending Full Sail Real World Education.

11. On or about January 16, 2008, defendants BERNARD PATTERSON and SHARON WARREN and co-conspirator Tracey Phillips submitted and caused to be submitted to JPMorgan Chase Bank, N.A., a fraudulent Private Education Loan Application/Promissory Note and Credit Agreement for "B.A.B."

12. On or about January 23, 2008, defendant BERNARD PATTERSON received Chase Student Loan Servicing, LLC check number 36381 dated January 18, 2008, in the amount of $40,000 payable to "'B.A.B." and BERNARD PATTERSON as loan proceeds.

3

13. On or about January 23, 2008, defendant BERNARD PATTERSON deposited and caused to be deposited $33,000 into JPMorgan Chase Bank, N.A., account number ending in 9595 held by defendants BERNARD PATTERSON and SHARON WARREN.

14. On or about January 28, 2008, defendant SHARON WARREN withdrew and caused to be withdrawn $10,000 from JP Morgan Chase Bank, N.A., account number ending in 9595 held by defendants BERNARD PATTERSON and SHARON WARREN.

15. On or about on March 14, 2008, defendant BERNARD PATTERSON withdrew and caused to be withdrawn $2,000 from JPMorgan Chase Bank, N.A., account number ending in 9595 held by defendants BERNARD PATTERSON and SHARON WARREN.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| Bernard Patterson, and<br>Sharon Warren, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants._____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | New Defendant(s) | Yes ___ No ___ |
|---|---|---|---|---|
| ___ | Miami | ___ Key West | Number of New Defendants | ___ |
| _X_ | FTL | ___ WPB ___ FTP | Total number of counts | ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)
   | I | 0 to 5 days | _X_ | Petty | ___ |
   |---|---|---|---|---|
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No


_____
JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0958263

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: BERNARD PATTERSON

**Case No**: _____

Counts#: 1

Conspiracy to Submit a False Statement to a Federally Insured Institution

in violation 18 U.S.C. § 371 & 1014

* **Max.Penalty**: Five (5) years' imprisonment; three (3) year supervised release, $250,000 fine

Counts#:

_____

_____

**\*Max. Penalty**: _____

Counts #:

_____

_____

**\*Max. Penalty**: _____

Counts #:

_____

_____

**\*Max. Penalty**: _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** SHARON WARREN

**Case No:** _____

**Count #: 1**

Conspiracy to Submit a False Statement to a Federally Insured Institution

in violation of 18 U.S.C §§ 371 & 1014

**\*Max. Penalty:** Ten (10) years' imprisonment; Three (3) years' supervised release; $250,000 fine

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\* Max. Penalty:**

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.