UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SENTENCING MINUTES**

THE HONORABLE ROBERT N. SCOLA, JR.

---

Date: July 10, 2013

Case No: 13-60014-CR-SCOLA

Style: **U.S.A. vs. SHARON WARREN**

AUSA: Jennifer A. Keene

Defense Attorney: Hugo A. Rodriguez

Reporter: Joseph Millikan

USPO: Thomas Felasco

Deputy Clerk: Jacob M. Hasbun

Interpreter: no

Defendant: Present ___✓____   on bond ___✓____

Count 1: Probation for a term of five years.

Supervised Release:

Special Conditions of Probation or Supervised Release: see criminal judgment.

Restitution: $40,000.00 joint and several with co-defendant Patterson.

Fine: not imposed.

Special Assessment: $100.00 due immediately.

The defendant was advised of his/her right to appeal within fourteen days ____✓____.

Voluntary Surrender at Institution on or before:

Recommendations to BOP:

_____

Miscellaneous: 1) the defendant shall pay restitution at the rate of 10% of **net** earnings.
2) the court will consider a motion for early termination of probation if the restitution amount is paid in full.
_____

In-Court Time: 10 minutes